# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-2314
_____

STATE OF FLORIDA,

Appellant,

v.

CHRISTOPHER LEE PERKINS,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
Richard B. Davis, Jr., Acting Circuit Court Judge.

April 23, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and JAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Pamela Jo Bondi, Attorney General, Virginia Chester Harris,
Assistant Attorney General, Tallahassee, for Appellant.

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellee.